```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 06703
   EVELON N COLEMAN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4591


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/21/2008 and was confirmed 05/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/01/2008.
-------------------------------------------------------------------------------
                                                        INTEREST      PRINCIPAL
CREDITOR NAME               CLASS         CLAIM AMOUNT    PAID          PAID
-------------------------------------------------------------------------------
BEN FRANKLIN MOTORS       SECURED VEHIC       .00           .00            .00
AMERICAS RECOVERY NETWOR  UNSECURED       NOT FILED         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         346.93          .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED        2300.00          .00            .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED         .00            .00
DEBT CREDIT SERVICES      UNSECURED       NOT FILED         .00            .00
PREMIER BANKCARD          UNSECURED         361.47          .00            .00
NATIONAL ACCOUNT SYSTEMS  UNSECURED       NOT FILED         .00            .00
NCO-MEDCLR                UNSECURED       NOT FILED         .00            .00
PALISADES COLLECTION LLC  UNSECURED         785.38          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         215.00          .00            .00
ISAC                      UNSECURED        6987.24          .00            .00
ILLINOIS DEPT OF HUMAN S  UNSECURED       NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         827.55          .00            .00
PARAGON WAY INC           UNSECURED         225.00          .00            .00
TRI STATE ADJUSTMENT      UNSECURED       NOT FILED         .00            .00
MISS BEEQUICK             NOTICE ONLY     NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2922.95          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         726.56          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,474.00                      138.00
TOM VAUGHN                TRUSTEE                                        12.00
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    150.00

PRIORITY                                             .00
SECURED                                              .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 06703 EVELON N COLEMAN
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                      138.00
TRUSTEE COMPENSATION                                                 12.00
DEBTOR REFUND                                                          .00
                                          ---------------    ---------------
TOTALS                                             150.00            150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```